## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CYNTHIA K. PAYNE, | ) |
|        Plaintiff, | ) Cause No. 1:01cv111 |
| vs. | ) Judge Herman J. Weber |
| GLAXOSMITHKLINE, | ) |
|        Defendant. | ) **STIPULATED MOTION FOR EXTENSION OF TIME FOR FILING EACH PARTY'S RESPECTIVE MEMORANDA RELATING TO ATTORNEYS' FEES** |

Comes now both parties, by counsel, pursuant to Local Rule 7.3(a) and move this court to extend (by one week) to September 23, 2003 the time for the filing of each party's memorandum relating to the other's filing for attorneys' fees:

1. Defendant's Memorandum in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs;

2. Plaintiff's Memorandum in Opposition to Defendant's Motion for Partial Attorneys' Fees.

1

2

        Respectfully submitted,


        S/ F. Bruce Abel  (0021883)
        Trial Attorney for Plaintiff
        885 Greenville Avenue
        Cincinnati, OH 45246
        513 772 1045
        email: babel2@fuse.net

        S/ Joseph E. Guffey
        Husch & Eppenberger
        190 Carondelet Plaza, Suite 600
        St. Louis, Missouri 63105-3441
        Ph: (314) 480 1500
        email: Joe.guffey@husch.com

        S/ Mark J. Stepaniak
        Taft, Stettinius & Hollister
        1800 Firstar Tower
        425 Walnut Street
        Cincinnati, Ohio 45202-3957
        513 381 2838