# Husch & Eppenberger, LLC

Attorneys and Counselors at Law

100 N. Broadway, Suite 1300
St. Louis, MO 63102-2789
314.421.4800
314.421.0239 fax
www.husch.com

December 18, 2001

**VIA FEDERAL EXPRESS**

F. Bruce Abel, Esq.
885 Greenville Avenue
Cincinnati, OH 45246

    Re:    *Cynthia K. Payne v. GlaxoSmithKline*, Cause No. C-1-01-111.

Dear Mr. Abel:

    Please find enclosed a copy of the Avandia Training Manual which we are producing in response to your discovery requests. It has been bates numbered SKB-00001 through SKB-00549 and is produced under the terms of the Stipulation and Protective Order. Contained within this manual are the original study guide provided to Ms. Payne as well as the study guide that was subsequently sent to her in late July, 2000.

    I have also enclosed a copy of the invoice reflecting the charges we have incurred for having the enclosed copied for you. Please forward a reimbursement check made payable to Husch & Eppenberger, LLC to me at your convenience.

    As always, you're welcome to give me a call should you have any questions.

Very truly yours,

HUSCH AND EPPENBERGER, LLC

By: *[signature]*
Cynthia J. Foster
Legal Assistant

CJF/

Enclosure

cc:    Joe Guffey (w/out encl.)

**EXHIBIT A**

::ODMA\PCDOCS\ST_LOUIS\783663\1

ST LOUIS    CLAYTON    KANSAS CITY    JEFFERSON CITY
SPRINGFIELD    LEAWOOD    WICHITA    PEORIA    CHATTANOOGA