# In The Matter Of:

*Cynthia K. Payne   v.*
*Glaxosmithkline*

---

*Beth Tench*
*May 23, 2002*

---

*Brusilow & Associates*
*1926 Arch Street*
*1st Floor West*
*Philadelphia, PA   19103-1404*
*(215) 977-9700    FAX: (215) 977-9773*

Original File 0523022.V1, 96 Pages
Min-U-Script® File ID: 1882586720

## Word Index included with this Min-U-Script®

EXHIBIT
B

**Page 57**

[1]   Q: Who is the they that discovered the
[2] error?
[3]   A: I'm not sure who discovered it. I don't
[4] recall.
[5]   Q: And you assume that everybody got the
[6] wrong materials?
[7]   MR. GUFFEY: Object to the
[8] form.
[9]   THE WITNESS: We made a
[10] decision to send everyone a new
[11] manual in the event we didn't
[12] know.
[13]   So, we were in our solution
[14] mode, let's fix this. So, we sent
[15] everyone a new manual. There
[16] could potentially be people, but
[17] we had no way of knowing and it
[18] could have taken days.
[19]                      BY MR. ABEL:
[20]   Q: Potential people what?
[21]   A: Who had the old manual.
[22]   MR. GUFFEY: You're saying
[23] manual.
[24]   THE WITNESS: I mean

**U-Script®**

Glaxosmithkline

Page 58

[1] workbook.
[2]             **BY MR. ABEL:**
[3]     Q: When you say there could potentially be
[4] people who had the old workbook, didn't you know
[5] by virtue that there was a problem that's at
[6] least one person had the old workbook?
[7]     A: But it didn't come to our attention for
[8] quite a while.
[9]     Q: So, it really sounds like it came to your
[10] attention through someone like the printer or
[11] somebody who was not taking the test?
[12]    A: I don't know that.
[13]    MR. GUFFEY: Object to the
[14] form.
[15]    THE WITNESS: Yes, I don't
[16] know that. I don't know that.
[17]    MR. GUFFEY: You didn't know
[18] the number of people who may or
[19] may not have gotten the original
[20] material?
[21]    THE WITNESS: Correct.
[22]             **BY MR. ABEL:**
[23]    Q: Well, as you sit here now, do you think
[24] it was everybody, nobody, or 10 percent or

```
                                            95
               Beth Tench - 5/23/02
                  Payne v GSK

    1                   SIGNATURE PAGE

    2                      ------

    3

    4           I hereby acknowledge that I have read

    5   the foregoing transcript dated May 23, 2002, and

    6   the same is a true and correct transcription of

    7   the answers given by me to the questions

    8   propounded, except for the changes, if any,

    9   noted on the Errata Sheet.

   10

   11

   12   SIGNATURE: _____

   13   DATE:      10/10/02

   14
   15
   16
   17
   18
   19
   20
   21
   22
   23
   24


                   Brusilow & Associates
                     (215) 977-9700
```

```
                                          96
                    Beth Tench - 5/23/02
                      Payne v GSK


 1                      ERRATA SHEET

 2                      ------

 3
         4        22        Allyssa
 4      PAGE     LINE       CORRECTION

 5       5        7         East Tennessee State University
 6       6        17        La Jolla, California
 7       7        2         La Jolla, California
 8       7       12 & 13    La Jolla, California
 9      10        17        December of 1997
10      22        14        Tom Rotterman
11      42        7         from December of 1997 until July of 2001
12      45        24        Clinical Trials
13      54        22        50
14      59        17        guts
15      64        8         legal (not clinical)
16      70        22        Tom Rotterman
17      83        12        July 2001

18

19

20

21

22

23

24
```

Brusilow & Associates
(215) 977-9700