IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA K. PAYNE, | Cause No. 1:01cv111 |
| Plaintiff, | |
| vs. | Judge Herman J. Weber |
| GLAXOSMITHKLINE, | <u>ORDER EXTENDING TIME FOR FILING MEMORANDA RELATING TO ATTORNEYS' FEES</u> |
| Defendant. | |

Upon application of both parties and for good cause shown,

IT IS ORDERED that the parties have an additional one week, to September 23, 2003, for filing each party's memorandum relating to the other's filing for attorneys' fees, as follows:

1. Defendant's Memorandum in Opposition to Plaintiff's Motion for Attorneys' Fees and Costs;

2. Plaintiff's Memorandum in Opposition to Defendant's Motion for Partial Attorneys' Fees.

                <u>S/ Herman J. Weber</u>

                Senior United States District Judge