# In The Matter Of:

*Cynthia K. Payne   v.*
*Glaxosmithkline*

---

*Beth Tench*
*May 23, 2002*

---

*Brusilow & Associates*
*1926 Arch Street*
*1st Floor West*
*Philadelphia, PA   19103-1404*
*(215) 977-9700    FAX: (215) 977-9773*

Original File 0523022.V1, 96 Pages
Min-U-Script® File ID: 1882586720

**Word Index included with this Min-U-Script®**

EXHIBIT
B

**Page 57**

[1]    Q: Who is the they that discovered the
[2] error?
[3]    A: I'm not sure who discovered it. I don't
[4] recall.
[5]    Q: And you assume that everybody got the
[6] wrong materials?
[7]    MR. GUFFEY: Object to the
[8] form.
[9]    THE WITNESS: We made a
[10] decision to send everyone a new
[11] manual in the event we didn't
[12] know.
[13]    So, we were in our solution
[14] mode, let's fix this. So, we sent
[15] everyone a new manual. There
[16] could potentially be people, but
[17] we had no way of knowing and it
[18] could have taken days.
[19]                    BY MR. ABEL:
[20]    Q: Potential people what?
[21]    A: Who had the old manual.
[22]    MR. GUFFEY: You're saying
[23] manual.
[24]    THE WITNESS: I mean

U-Script®

Glaxosmithkline

Page 58

[1] workbook.
[2]              **BY MR. ABEL:**
[3]   Q: When you say there could potentially be
[4] people who had the old workbook, didn't you know
[5] by virtue that there was a problem that's at
[6] least one person had the old workbook?
[7]   A: But it didn't come to our attention for
[8] quite a while.
[9]   Q: So, it really sounds like it came to your
[10] attention through someone like the printer or
[11] somebody who was not taking the test?
[12]   A: I don't know that.
[13]   **MR. GUFFEY:** Object to the
[14] form.
[15]   **THE WITNESS:** Yes, I don't
[16] know that. I don't know that.
[17]   **MR. GUFFEY:** You didn't know
[18] the number of people who may or
[19] may not have gotten the original
[20] material?
[21]   **THE WITNESS:** Correct.
[22]              **BY MR. ABEL:**
[23]   Q: Well, as you sit here now, do you think
[24] it was everybody, nobody, or 10 percent or

```
                                          95
             Beth Tench - 5/23/02
             Payne v GSK
```

1  SIGNATURE PAGE

2  ------

3

4       I hereby acknowledge that I have read

5  the foregoing transcript dated May 23, 2002, and

6  the same is a true and correct transcription of

7  the answers given by me to the questions

8  propounded, except for the changes, if any,

9  noted on the Errata Sheet.

10

11

12  SIGNATURE: _Beth D. [signature]_____

13  DATE:      _10/10/02_____

14

15

16

17

18

19

20

21

22

23

24

```
             Brusilow & Associates
               (215) 977-9700
```

```
                                    96
          Beth Tench - 5/23/02
             Payne v GSK


 1                ERRATA SHEET

 2                  ------

 3
       PAGE      LINE          CORRECTION
 4      4         22           Allyssa
 5      5          7           East Tennessee State University
 6      6         17           La Jolla, California
 7      7          2           La Jolla, California
 8      7        12 & 13       La Jolla, California
 9     10         17           December of 1997
10     22         14           Tom Rotterman
11     42          7           from December of 1997 until July of 2001
12     45         24           Clinical Trials
13     54         22           50
14     59         17           guts
15     64          8           legal (not clinical)
16     70         22           Tom Rotterman
17     83         12           July 2001
```

Brusilow & Associates
(215) 977-9700