885 Greenville Avenue, Cincinnati, Ohio 45246
tel 513 772 1045/fax 513 772 7991
email babel2@fuse.net

**F. Bruce Abel**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Gaynell Gallagher, Esq. | **From:** | F. Bruce Abel |
| **Fax:** | 314 421 0239 | **Pages:** | 11 including this cover page |
| **Phone:** | 314 622 0663 | **Date:** | 10/23/2001 |
| **Re:** | Cynthia K. Payne | **CC:** | |

1. McKinney v. New Process Geardivision (NDNY) – 10 pp.
2. Have not shep. Since April, 2001
3. Although holding is adverse to Plaintiff it is clear is Plaintiff spells it all out while still an employee, then there can be an ADA violation.


EXHIBIT B