# EXCERPTS FROM PLAINTIFF'S DEPOSITION TESTIMONY

```
11      Q.   One of the allegations you have
12   against SmithKline is a fraudulent inducement
13   claim. Do you recall that?
14      A.   Mm-hmm.
15      Q.   Can you tell me the basis of that
16   claim?
17      A.   Yes. They said that they were going
18   to provide training and they were going to
19   provide the correct study material and they did
20   not.
21      Q.   Do you have any facts or information
22   that at the time the original statements were
23   made, that they were false?
24      A.   Oh, no.
1       Q.   Okay. And is that the representation
2    that you claim is fraudulent that SmithKline
3    promised to give you the correct and accurate
4    training material?
5       A.   I was -- I was assuming that, based
6    upon SmithKline Beecham being one of the leading
7    pharmaceutical companies, I really did assume
8    that they would be organized and have the
9    training prepared.
10      Q.   Okay. And then, therefore, give you
11   the correct material to study?
12      A.   Correct.
13      Q.   But at the time those statements were
14   made, which would relate back to when you first
15   received the original material in early July, you
16   had no information that that was misleading or
17   false statements about the training material?
18      A.   I had no reason. I hadn't started it
19   yet. I had no reason to doubt the integrity of
20   the company.
21      Q.   Okay. Do you have any facts to
22   support a claim that SmithKline intended to
23   mislead you?
24      A.   No.
```

(TR 504:11 - 505:24)



PLAINTIFFS EXHIBIT C