**Exhibit A** to Bill of Costs

| FEES FOR COPIES OF TRIAL TRANSCRIPTS: | | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **ACTUAL COST** |
| 07/17/03 | Fee for transcript of Plaintiff's Opening Statement on 7/14/03 | $ 96.80 |
| 07/18/03 | Fee for transcript of Defendant's Opening Statement on 7/14/03 | 28.22 |
| | **TOTAL COPYING COSTS:** | **$ 125.02** |

STL-1763359.02

## I N V O I C E

Julie A. Wolfer Transcripts
Room 801, Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio  45202
(513) 564-7606
Taxpayer I.D. Number ███████7897

TO:  Joseph H. Guffey, Esq.                    July 17, 2003
     Husch & Eppenberger
     190 Carondelet Plaza, Suite 600
     St. Louis, Missouri  63105                INVOICE NO. 03041

RE:  Cynthia K. Payne vs. GlaxoSmithKline
     Civil No. C-1-01-111

Transcript ordered by:  Joseph H. Guffey, Esq.

---

Proceedings before the Honorable Herman J. Weber, Senior Judge, in the United States District Court for the Southern District of Ohio, Western Division, and jury.

Transcript of:

    Excerpt of Trial Proceedings heard Monday, July 14, 2003
    -- Plaintiff's Opening Statement

        22 pages at $4.40 . . . . . . . . $96.80
          (original, expedited)


                                TOTAL AMOUNT DUE        $96.80

I N V O I C E

Julie A. Wolfer Transcripts
Room 801, Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202
(513) 564-7606
Taxpayer I.D. Number ███████7897

TO: Joseph H. Guffey, Esq.                July 18, 2003
    Husch & Eppenberger
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105             INVOICE NO. 03043

RE: Cynthia K. Payne vs. GlaxoSmithKline
    Civil No. C-1-01-111

Transcript ordered by: Joseph H. Guffey, Esq.

Proceedings before the Honorable Herman J. Weber, Senior Judge, in the United States District Court for the Southern District of Ohio, Western Division, and jury.

Transcript of:

   Excerpt of Trial Proceedings heard Monday, July 14, 2003
   -- Defendant's Opening Statement

      34 pages at $.83 . . . . . . . . $28.22
         (copy)

                              TOTAL AMOUNT DUE    $28.22