**Exhibit B** to Bill of Costs

**COPYING COSTS:**

| DATE | DESCRIPTION | ACTUAL COST |
|---|---|---|
| 06/09/03 | Fee for copies of Joint Trial Exhibits for Plaintiff and for Court | $ 550.99 |
| 06/26/03 | Fee for copies of Defendant's trial exhibits for Plaintiff and for Court | 281.17 |
| 07/02/03 | Fee for copies of Defendant's trial exhibits for Plaintiff and for Court | 195.01 |
| 07/11/03 | Fee for copies of Defendant's trial exhibits for Plaintiff and for Court | 35.84 |
| 07/09/03 | Fee for Defendant's demonstrative exhibits | 271.58 |
| 07/11/03 | Fee for Defendant's demonstrative exhibits | 2,534.70 |
| 07/15/03 | Fee for Defendant's demonstrative exhibits | 349.89 |
| | **TOTAL COPYING COSTS:** | **$ 4,219.18** |

STL-1764206.01

PLEASE PAY FROM THIS INVOICE



**DOCUMENT SOLUTIONS OF ST. LOUIS, L.L.C.**
720 Olive St.
Suite 620
St. Louis, MO 63101
Phone: (314) 231-0600
Fax: (314) 231-0606

INVOICE DATE: 06/09/03

NUMBER: 6108

SOLD TO: HUSCH & EPPENBERGER
190 CARONDELET PLAZA, SUITE 600
St. Louis, MO 63105-3441

REMIT PAYMENTS TO:
DOCUMENT SOLUTIONS OF
ST. LOUIS, LLC
P.O. BOX 3605
LITTLE ROCK, AR 72203
1-866-390-5890
TAX ID# XXX-XX-0642

ORDERED BY: CINDY FOSTER

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| HUSCH | 53672-71 | Net 30 | 101 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1,800 | 414 | Medium Litigation   2 copies of | 0.140 | 252.00 |
| 180 | 426 | Color Copies        Jt. exhibits | 1.250 | 225.00 |
| 14 | 462 | 11 X 17 Color | 2.500 | 35.00 |
| | | 2 copies Trial Exhibits | | |

| | |
|---|---|
| Item Total: | 512.00 |
| Sales Tax: | 38.99 |
| Shipping: | 0.00 |
| **TOTAL** | 550.99 |

*Cynthia J Foster* (signature)

THANK YOU FOR CHOOSING DOCUMENT SOLUTIONS
... No exceptions for third party payments. If
... days, a five percent (5%) finance charge



**DOCUMENT SOLUTIONS OF ST. LOUIS, L.L.C.**
720 Olive St.
Suite 620
St. Louis, MO 63101
Phone: (314) 231-0600
Fax: (314) 231-0606

PLEASE PAY FROM THIS INVOICE

INVOICE DATE: 06/26/03

NUMBER: 6393

SOLD TO: HUSCH & EPPENBERGER
190 CARONDELET PLAZA, SUITE 600
St. Louis, MO 63105-3441

ORDERED BY: Rhonda Thompson

53672/71

REMIT PAYMENTS TO:
DOCUMENT SOLUTIONS
ST. LOUIS, LLC
P.O. BOX 3605
LITTLE ROCK, AR 7220
1-866-390-5890
TAX ID# 0642

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| HUSCH | | Net 30 | 101 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1,368 | 414 | Medium Litigation | 0.140 | 191.52 |
| 24 | 426 | Color Copies | 1.250 | 30.00 |
| 35 | 450 | Bate Labels-Manual | 0.050 | 1.75 |
| 76 | 478 | Custom Tabs | 0.500 | 38.00 |

Item Total: 261.27
Sales Tax: 19.90
Shipping: 0.00

**TOTAL** 281.17

THANK YOU FOR CHOOSING DOCUMENT SOLUTIONS
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge will be added.



**DOCUMENT SOLUTIONS OF ST. LOUIS, L.L.C.**
720 Olive St.
Suite 620
St. Louis, MO 63101
Phone: (314) 231-0600
Fax: (314) 231-0606

PLEASE PAY FROM THIS INVOICE

INVOICE DATE: 07/02/03

NUMBER: 6476

SOLD TO: HUSCH & EPPENBERGER
190 CARONDELET PLAZA, SUITE 600
St. Louis, MO 63105-3441

REMIT PAYMENTS TO:
DOCUMENT SOLUTIONS O
ST. LOUIS, LLC
P.O. BOX 3605
LITTLE ROCK, AR 72203
1-866-390-5890
TAX ID# 0642

ORDERED BY: Rhonda Thompson

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| HUSCH | 53672/71 | Net 30 | 101 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 464 | 414 | Medium Litigation | 0.140 | 64.96 |
| 93 | 426 | Color Copies | 1.250 | 116.25 |

Item Total: 181.21
Sales Tax: 13.80
Shipping: 0.00

**TOTAL** 195.01

THANK YOU FOR CHOOSING DOCUMENT SOLUTIONS
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added.



**DOCUMENT SOLUTIONS OF ST. LOUIS, L.L.C.**
720 Olive St.
Suite 620
St. Louis, MO 63101
Phone: (314) 231-0600
Fax: (314) 231-0606

**PLEASE PAY FROM THIS INVOICE**

INVOICE DATE: 07/11/03

NUMBER: 6595

SOLD TO: HUSCH & EPPENBERGER
190 CARONDELET PLAZA, SUITE 600
St. Louis, MO 63105-3441

REMIT PAYMENTS TO:
DOCUMENT SOLUTIONS OF
ST. LOUIS, LLC
P.O. BOX 3605
LITTLE ROCK, AR 72203
1-866-390-5890
TAX ID# ████0642

ORDERED BY: Rhonda Thompson

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| HUSCH | 53672-071 | Net 30 | 101 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 165 | 412 | Medium Litigation | 0.120 | 19.80 |
| 6 | 426 | Color Copies | 1.250 | 7.50 |
| 3 | 455 | G.B.C. Comb Binding | 2.000 | 6.00 |

A's exhibits

Item Total: 33.30
Sales Tax: 2.54
Shipping: 0.00
**TOTAL** 35.84

THANK YOU FOR CHOOSING DOCUMENT SOLUTIONS
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a Five percent (5%) finance charge will be added.

# CopyPLEX

400 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202

(513) 381-COPY(2679)

# Invoice

Invoice Number:
DP03070012

Invoice Date:
Jul 9, 2003

Page: 1

Sold To:
Taft, Stettinius & Hollister
1800 US Bank Center
425 Walnut Street
Cincinnati, OH  45202

Ship to:
Bob Griffin

PAID

RCG

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Taft01 | GSK01/GN001 | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| ZIM100 | | 7/9/03 | 7/9/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | | 36x48 Black & White Trial Exhibits | 85.00 | 255.00 |

Received by: _____

Check No:

Federal Tax ID Number: ▆▆▆▆2582

| | |
|---|---|
| Subtotal | 255.00 |
| Sales Tax | 16.58 |
| Total Invoice Amount | 271.58 |
| Payment Received | |
| **TOTAL** | 271.58 |

# CopyPLEX

400 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202

(513) 381-COPY(2679)

# Invoice

Invoice Number:
DP03070020

Invoice Date:
Jul 11, 2003

Page:
1

Sold To:
Taft, Stettinius & Hollister
1800 US Bank Center
425 Walnut Street
Cincinnati, OH  45202

Ship to:
Bob Griffin

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Taft01 | GSX01 | Net Due; 1.5% per mo > 30 |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ZIM100 |  | 7/11/03 | 7/11/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 28.00 |  | 36x48 Black & white Trial Exhibits | 85.00 | 2,380.00 |

Received by: _____

Check No:

Federal Tax ID Number: ▇▇▇2582

Subtotal           2,380.00
Sales Tax            154.70
Total Invoice Amount  2,534.70
Payment Received
TOTAL              2,534.70



| | | INVOICE | Page 1 |
|---|---|---|---|

| Invoice # | CIN068563 |
|---|---|
| Invoice Date | 07/15/2003 |
| Due Date | 07/25/2003 |
| Customer # | CIN-TAFT |
| Order # | 03070113 |

**Document Services**

Phone:(513) 929-0222    Fax:(513) 929-0322
Federal ID #: ●●●4400

**TERMS: Net 10 Days**

| SOLD TO: | SHIP TO: | REMIT TO: |
|---|---|---|
| TAFT,STETTINUS & HOLLISTER | TAFT,STETTINUS & HOLLISTER | Ikon Office Solutions |
| 1800 STAR BANK CENTER | 1800 STAR BANK CENTER | Great Lakes District -CIN |
| 425 WALNUT STREET | 425 WALNUT STREET | 1600 Solutions Center |
| CINCINNATI,OH 45202-3957 | CINCINNATI,OH 45202-3957 | Chicago,IL 60677-1006 |

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 07/15/2003 | BOB GRIFFEN | GSK01/GN001 | Bryan Sallee |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 609 | Billed Handtime | 1 | 15.000 | 15.00 |
| 000 | BLOW UP AND MOUNT | 48 | 6.500 | 312.00 |

Thank You For Using IKON

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 327.00 |
|---|---|
| Sales Tax: | 22.89 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **349.89** |

Received and approved by: _____    Date: _____

*Please pay from this copy. The party named on this bill is held responsible for payment*