**Exhibit C** to Bill of Costs

| FEES UNDER 28 U.S.C. 1923: | | |
|---|---:|---|
| **DESCRIPTION** | **COST** | |
| Docket fee for trial | $ 20.00 | |
| Docket fee for deposition of Plaintiff Cynthia Payne (taken 1/22/02) | 2.50 | |
| Docket fee for deposition of Plaintiff Cynthia Payne (taken 2/20/02) | 2.50 | |
| Docket fee for deposition of Sheldon Thomas | 2.50 | |
| Docket fee for deposition of James Massaro | 2.50 | |
| Docket fee for deposition of Shari Sanservino | 2.50 | |
| Docket fee for deposition of Ronald G. Hartline | 2.50 | |
| Docket fee for deposition of Beth Tench | 2.50 | |
| Docket fee for deposition of James Ryan | 2.50 | |
| **TOTAL STATUTORY FEES:** | $ 40.00 | |

STL-1764206.01