Exhibit D to Bill of Costs

**DEPOSITION COSTS:**

| DATE | DESCRIPTION | COST |
|---|---|---|
| 10/25/01 | Deposition of SHELDON D. THOMAS | $ 325.90 |
| 01/22/02 | Deposition of CYNTHIA K. PAYNE (Volume 1 taken 1/22/02) | 1,697.80 |
| 02/20/02 | Deposition of CYNTHIA K. PAYNE (Volume 2 taken 2/20/02) | 827.45 |
| 04/23/02 | Deposition of RONALD G. HARTLINE | 136.00 |
| 05/03/02 | Deposition of JAMES MASSARO | 359.50 |
| 05/03/02 | Deposition of SHARI SANSERVINO | 72.00 |
| 05/23/02 | Deposition of BETH TENCH | 216.00 |
| 05/23/02 | Deposition of JAMES RYAN | 324.50 |
| | **TOTAL DEPOSITION COSTS:** | **$ 3,959.15** |

STL-1763359.02

FEDERAL I.D. NO. █████4258

## GIGLIO REPORTING SERVICES

3 Cypress Garden
Cincinnati, Ohio 45220
(513) 861-2200

TO: Becky Scoggin
Husch & Eppenberger, LLC
100 North Broadway
Suite 1300
St. Louis, Missouri 63102-2789

INVOICE NO. 2001-266

DATE: October 25, 2001

RE: Cynthia K. Payne vs. GlaxoSmithKline
United States District Court, Southern District of Ohio, Western Division
Case No. C-1-01-111

For Deposition of Sheldon D. Thomas taken October 4, 2001

| | |
|---|---|
| To copy of transcript of Sheldon D. Thomas | $208.65 |
| To compressed transcript of Sheldon D. Thomas | 53.50 |
| To allword transcript of Sheldon D. Thomas | 39.00 |
| 1 ASCII Disk | 20.00 |
| To One Set of Exhibits | 4.75 |
| Total Due: | $325.90 |

Note: Your transcript Federal Expressed to you on October 24, 2001.

Thank you.                                         Net Due: 30 days

**PLEASE RETURN INVOICE WITH PAYMENT**





# AROUND-THE-CLOCK REPORTING SERVICES

P.O. Box 11008
Cincinnati, Ohio 45211
(513) 481-5200
FAX (513) 481-8339
E-Mail: sbarhorst@fuse.net

Sue Barhorst

February 19, 2002
Tax I.D. No. ▆▆▆▆▆5781
Invoice No. 02-3501

Joseph H. Guffey, Esq.
Husch & Eppenberger, LLC
231 South Bemiston, 8th Floor
Clayton, MO 63105-1914

RE:  Cynthia K. Payne v. GlaxoSmithKline, U.S.
     District Court, Southern District of Ohio,
     Western Division, Case No. C-1-01-111

FOR: Appearance at and preparation of deposition
     transcript of Cynthia K. Payne, taken
     January 22, 2002:

| | |
|---|---|
| 6.5 hours @ $40 per hour | $   260.00 |
| 364 pages @ $3.95 per page | $1,437.80 |
| TOTAL | $1,697.80 |

SB12



## AROUND-THE-CLOCK
## REPORTING SERVICES

P.O. Box 11008
Cincinnati, Ohio 45211
(513) 481-5200
FAX (513) 481-8339
E-Mail: sbarhorst@fuse.net

Sue Barhorst

March 15, 2002
Tax I.D. No. █████5781
Invoice No. 02-3504

Joseph H. Guffey, Esq.
Husch & Eppenberger, LLC
231 South Bemiston, 8th Floor
Clayton, MO 63105-1914

RE: Cynthia K. Payne v. GlaxoSmithKline, U.S.
    District Court, Southern District of Ohio,
    Western Division, Case No. C-1-01-111

FOR: Appearance at and preparation of deposition
     transcript of Cynthia K. Payne, taken
     February 20, 2002:

| | |
|---|---|
| 3.5 hours @ $40 per hour | $ 140.00 |
| 171 pages @ $3.95 per page | $ 675.45 |
| postage | $  12.00 |
| TOTAL | $ 827.45 |

SB15

**RESUBMITTED APRIL 15, 2002**

FEDERAL I.D. NO. ▆▆▆4258

## GIGLIO REPORTING SERVICES

3 Cypress Garden
Cincinnati, Ohio 45220
(513) 861-2200

TO:  Joseph H. Guffey, Esq.
Husch & Eppenberger, LLC
190 Carondelet Plaza
Suite 600
St. Louis, Missouri 63105-3441

INVOICE NO. 2002-91

---

DATE:  May 13, 2002

RE:  Cynthia K. Payne vs. GlaxoSmithKline
United States District Court, Southern District of Ohio, Western Division
Case No. C-1-01-111

For Deposition of Ronald G. Hartline taken April 23, 2002

| | |
|---|---:|
| To copy of transcript of Ronald G. Hartline | $ 97.50 |
| To compressed text of Ronald G. Hartline | 25.00 |
| To postage | 3.50 |
| To 1 ACSII disk | 10.00 |
| Total Due: | $136.00 |

Note:  Your transcript mailed to you on May 11, 2002

**Thank you.**                                                    **Net Due: 30 days**

**PLEASE RETURN INVOICE WITH PAYMENT**



# BRUSILOW & ASSOCIATES
*BRINGING IT ALL TOGETHER* ®

1926 ARCH STREET
1ST FLOOR WEST
PHILADELPHIA, PA 19103
PHONE: 215-977-9700  FAX: 215-977-9773

EMPLOYER I.D. NO.
████████104

JOSEPH GUFFEY, ESQUIRE
HUSCH & EPPENBERGER, LLC
190 CARONDELET PLAZA
SUITE 600
ST. LOUIS, MO 63105

INVOICE NO.
5030222

*PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING*

| DATE | CLIENT | REFERENCE |
|---|---|---|
| 05/16/2002 | 5024 | LBB |

Re: PAYNE VS GLAXOSMITHKLINE
Assignment Date: May 03, 2002

Deposition Of JAMES MASSARO

| | | |
|---|---|---|
| ONE COPY | 87.0 Pages | 195.75 |
| POSTAGE & HANDLING | | 15.00 |
| ROUGH DRAFT | | 148.75 |

Deposition Of SHARI SANSERVINO

| | | |
|---|---|---|
| ONE COPY | 32.0 Pages | 72.00 |
| | Total Amount $ | 431.50 |

THANK YOU FOR USING BRUSILOW & ASSOCIATES

Please Make Checks Payable To:
BRUSILOW & ASSOCIATES
Federal Tax Id#: 23-2711104

PLEASE RETURN YELLOW COPY



# BRUSILOW & ASSOCIATES
*BRINGING IT ALL TOGETHER* ®

1926 ARCH STREET
1ST FLOOR WEST
PHILADELPHIA, PA 19103
PHONE: 215-977-9700   FAX: 215-977-9773

EMPLOYER I.D. NO. 1104

JOSEPH GUFFEY, ESQUIRE
HUSCH & EPPENBERGER, LLC
190 CARONDELET PLAZA
SUITE 600
ST. LOUIS, MO  63105

**INVOICE NO.** 5230242

*PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING*

| DATE | CLIENT | REFERENCE | | |
|---|---|---|---|---|
| 06/04/2002 | 5024 | LBB | | |

Re: PAYNE  VS  GLAXOSMITHKLINE
Assignment Date: May 23, 2002

Deposition Of BETH TENCH

| | | |
|---|---|---|
| ONE COPY | 96.0  Pages | 216.00 |

Deposition Of JAMES RYAN

| | | |
|---|---|---|
| ONE COPY | 47.0  Pages | 105.75 |
| ASCII/WORD INDEX | | 25.00 |
| POSTAGE & HANDLING | | 15.00 |
| ROUGH DRAFT | | 178.75 |
| | Total Amount $ | 540.50 |

THANK YOU FOR USING BRUSILOW & ASSOCIATES

Please Make Checks Payable To:
BRUSILOW & ASSOCIATES
Federal Tax Id#: 23-2711104

PLEASE RETURN YELLOW COPY