**Exhibit E** to Bill of Costs

### WITNESS TRAVEL AND SUBSISTENCE FEES:

| DATE | DESCRIPTION | ACTUAL COST |
|---|---|---|
| 7/15 & 7/16/03 | Travel Expense for Beth Tench from Philadelphia, PA to Cincinnati, OH (roundtrip) | $ 840.12 |
| 07/15/03 | Hotel Expense for Beth Tench in Cincinnati, OH (1 night) | $ 180.85 |
| 7/15 & 7/16/03 | Meals for Beth Tench (dinner 7/15/03; breakfast and lunch 7/16/03) | $ 12.93 |
| 07/15/03 | Travel Expense for Beth Tench between airport and hotel (1 round-trip) | $ 3.00 |
| 7/14 & 7/15/03 | Travel Expense for James Massaro from Philadelphia, PA to Cincinnati, OH (roundtrip) | $ 840.12 |
| 07/15/03 | Hotel Expense for James Massaro in Cincinnati, OH (1 night) | $ 159.00 |
| 7/15 & 7/16/03 | Travel Expense for Shari Sanservino from Philadelphia, PA to Cincinnati, OH (roundtrip) | $ 877.11 |
| 07/15/03 | Hotel Expense for Shari Sanservino in Cincinnati, OH (1 night) | $ 215.41 |
| 07/16/03 | Travel Expense for Shari Sanservino between airport and hotel (1 round-trip) | $ 32.00 |
| 07/16/03 | Mileage for Sandra May from Pikeville, KY to Cincinnati, OH (roundtrip; outside district - 100 mile rule) | $ 72.00 |
| | Hotel Expense for Sandra May in Cincinnati, OH (1 night) | $ 176.85 |
| | **TOTAL WITNESS FEES:** | **$3,409.39** |



Mr Joseph Guffey
100 N Broadway
Saint Louis, MO 63102-2728
UNITED STATES

SPG #:   C 400026432

Arrival    07/13/03
Departure 07/18/03
Confirm No 577124

Room Number:   1407

Information Folio

The Westin Hotel Cincinnati, 07/17/03    Printed At 01:52   By   JOHNF    Page # 3

| Date | Reference | Charge | Credit |
| --- | --- | --- | --- |
| 07/15 | Telephone Long Distance ->0911 Sanservino #7911 : 800-220-1517 | 2.00 — Sanservino | |
| 07/15 | Telephone Long Distance ->0911 Sanservino #7911 : 800-220-1517 | 2.00 Sanservino | |
| 07/15 | Telephone Long Distance ->0717 Tench #7717 : 866-918-6500 | 2.00 Tench | |



Mr Joseph Guffey
100 N Broadway
Saint Louis, MO 63102-2728
UNITED STATES

SPG #:   C 400026432

Arrival     07/13/03
Departure  07/18/03
Confirm No 577124

Room Number:   1407

Information Folio

The Westin Hotel Cincinnati, 07/17/03    Printed At 01:52   By   JOHNF    Page # 4

| Date | Reference | Charge | Credit |
|---|---|---|---|
| 07/15 | Telephone Long Distance ->0717 Tench #5131 : 800-590-4857 | 2.00 | |
| 07/15 | Telephone Long Distance ->0717 Tench #7717 : 866-918-6500 | 2.00 | |
| 07/15 | Telephone Long Distance #1407 : 800-854-5769 | 2.00 | |

Tench

| 07/15 | Telephone Long Distance ->0717 Tench #7717 : 866-918-6500 | 2.00 | |
| 07/15 | Telephone Long Distance ->0911 Sanservino #5201 : 800-590-4857 | 31.30 | |

Tench
SanServino

| 07/15 | Room Charge 0911 Sanservino | 142.00 | |
| 07/15 | State Sales Tax 7% 0911 Sanservino | 9.94 | |

Sanservino



Mr Joseph Guffey
100 N Broadway
Saint Louis, MO 63102-2728
UNITED STATES

SPG #:   C 400026432

Arrival     07/13/03
Departure   07/18/03
Confirm No 577124

Room Number:   1407

Information Folio

The Westin Hotel Cincinnati, 07/17/03    Printed At 01:52   By   JOHNF    Page # 5

| Date | Reference | Charge | Credit |
|---|---|---|---|
| 07/15 | City Occup.Tax 4% 0911 Sanservino | 5.68 | Sanservino |
| 07/15 | Cnty Occup.Tax 6.5% 0911 Sanservino | 9.23 | |
| 07/15 | Room Charge 0717 Tench | 142.00 | |
| 07/15 | State Sales Tax 7% 0717 Tench | 9.94 | Tench |
| 07/15 | City Occup.Tax 4% 0717 Tench | 5.68 | |
| 07/15 | Cnty Occup.Tax 6.5% 0717 Tench | 9.23 | |
| 07/16 | Telephone Long Distance ->0717 Tench #5131 : 800-590-4857 | 2.00 | Tench |
| 07/16 | Telephone Long Distance ->0717 Tench #7717 : 866-918-6500 | 2.00 | |
| 07/16 | Telephone Long Distance #1407 : 800-854-5769 | 2.00 | Sanservino |
| 07/16 | Refreshment Center room 0911 | 13.26 | |
| 07/16 | Telephone Local 1025 Foster #1025 : -218-6271 | 1.50 | |
| 07/16 | Telephone Long Distance ->1001 May #1001 : 888-232-3848 | 2.00 | May |

07/16   Room Charge 1001 May                                    142.00   May



Mr Joseph Guffey
100 N Broadway
Saint Louis, MO 63102-2728
UNITED STATES

SPG #:  C 400026432

Arrival     07/13/03
Departure  07/18/03
Confirm No 577124

Room Number:  1407

Information Folio

The Westin Hotel Cincinnati, 07/17/03    Printed At 01:52  By  JOHNF    Page # 6

| Date  | Reference | Charge | Credit |
|-------|-----------|--------|--------|
| 07/16 | State Sales Tax 7% 1001 May | 9.94 | |
| 07/16 | City Occup.Tax 4% 1001 May | 5.68 | May |
| 07/16 | Cnty Occup.Tax 6.5% 1001 May | 9.23 | |
| 07/17 | Telephone Long Distance ->1001 May #5229 : 866-655-6262 | 2.00 | |
| 07/17 | Telephone Long Distance ->1001 May #1001 : 800-877-8000 | 2.00 | |
| 07/17 | Telephone Long Distance ->1001 May #5229 : 866-655-6262 | 2.00 | May $10.00 |
| 07/17 | Telephone Long Distance ->1001 May #1001 : 800-877-8000 | 2.00 | |
| 07/17 | Telephone Long Distance #1407 : 800-854-5769 | 2.00 | |

Total    3165.79

Balance   3165.79 USD



```
                    SBARRO
             *** Philadelphia Airport ***

    1 SUPREME SLICE                          2.99
    1 MEDIUM SODA                            1.29

                                             4.28
    SUB TOTAL                                0.30
    TAX                                      4.58
    TOTAL                                   20.00
    CASH TENDERED                           15.42
    CHANGE

    0200143968        07/15/2003         14:49:09
    00901             REG:002            CSHR: 40

    Cashier - SANDRA H.
         ***    T H A N K   Y O U    ***
```

Page 2

## Account Distribution

| Account | Amount |
|---|---|
| | $665.12 |
| | $12.93 |
| | $3.00 |

## Expense Details

| LineItem ID | LineItem Split ID | Date of Expense | Type | Native Amount | Amount | Approved Amount | GL Code | Cost Center | Project Code | Purpose | Payment Method | Vendor | City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1986613532 | | 15-Jul-03 | Meals-Dinner (Self Only) | $4.58 | $4.58 | | 430.100 | 1S4930 - ales raining | | | Employee-Out of Pocket | | PHILADELPHI |
| 1986613529 | | 16-Jul-03 | Meals-Breakfast (Self Only) | $4.73 | $4.73 | | 430.100 | 1S4930 - ales raining | | | Employee-Out of Pocket | | PHILADELPHI |
| 1986613528 | | 16-Jul-03 | Meals-Lunch (Self Only) | $3.62 | $3.62 | | 430.100 | 1S4930 - ales raining | | | Employee-Out of Pocket | | PHILADELPHI |

## Business Rule Exceptions

| ID | Message | Explanation | Status |
|---|---|---|---|
| | | | |

```
WTBTI.ENCORRE@PM2.ENCORRE.NET@PM2.ENCORRE.NET on 07/10/2003 04:16:48 PM

To:     JAMES.X.MASSARO@gsk.com, KATHLEEN.T.ALLEN@gsk.com
cc:
Subject:   MASSARO/JAMES A Monday, July 14, 2003 TRAVEL ITINERARY KPH84M


                    Information for Trip Locator:KPH84M

THIS MESSAGE REFERENCES PNR LOCATOR KPH84M.

Your Itinerary follows:

EnCoRRe GENERATED THIS EMAIL AT 3:16 pm, ON Thursday, July 10, 2003 for the
GlaxoSmithKline Travel Office.  THIS IS A SEND ONLY ADDRESS. PLEASE DO NOT
REPLY TO
THIS EMAIL.

Passengers              Reference #             Frequent Flyer #
MASSARO/JAMES A                                         6928,        Y6F2

AIR - Monday, July 14
    US Airways Flight 4914 Economy
    Operated by US AIRWAYS EXPRESS CHAUTAUQUA AIRLINES
    From:       Philadelphia Int'l   Equipment:   Embraer Emb 145 Jet
                Airport
                1:30 pm, Monday,     Duration:    1 hour(s) and 46
                July 14                           minute(s)
                TERMINAL F           Status:      Confirmed
    To:         Cincinnati/Northern
                Kentucky Airport
                3:16 pm, Monday,
                July 14
                TERMINAL 1
    Seats:      06A    MASSARO   J   Confirmed

HOTEL - Monday, July 14
    HYATT REGENCY CINCINNATI
    Address:       151 WEST 5TH STREET   Chain:        Hyatt
                   CINCINNATI OH 45202   Check out:    Tuesday, July 15
    Telephone:     513 579-1234          Rate:         USD 159.00 per night
    Fax:           513 579-0107          Confirmation: HY0030971706
                                         Corporate     CR98549
                                         Discount:
                                         Status:       Confirmed
    Supplemental   RQ NONSMOKING KING
    Information:

AIR - Tuesday, July 15
    US Airways Flight 4363 Economy
    Operated by US AIRWAYS EXPRESS MESA AIRLINES
    From:       Cincinnati/Northern  Equipment:   CanadairJet
                Kentucky Airport
                7:15 pm, Tuesday,    Duration:    1 hour(s) and 45
                July 15                           minute(s)
                TERMINAL 1           Status:      Confirmed
    To:         Philadelphia Int'l
```

```
                    Airport
                    9:00 pm, Tuesday,
                    July 15
                    TERMINAL F
        Seats:      04D   MASSARO  J  Confirmed
                      HOTEL IS GUARANTEED FOR LATE ARRIVAL. CANCEL BY:
                      4 PM HOTEL TIME  TO AVOID A PENALTY.

TOUR - Wednesday, November 12
       Departs: Cincinnati/Northern
                Kentucky Airport
        Status: Confirmed
                **THANK YOU FOR CALLING BTI**

General Remarks
                FOR ASSISTANCE PLEASE CALL THE TRAVEL OFFICE
                AT 919-474-2900 OR TOLL FREE 800-475-8785
                FOR EMERGENCY AFTER HOURS ASSISTANCE PLEASE CALL
                800-973-7250.  FROM OUTSIDE THE UNITED STATES PLEASE
                CALL COLLECT 770-486-2783 AND USE VIT CODE * 102F *
                NO FARE IS GUARANTEED UNTIL TICKET HAS BEEN ISSUED
                YOUR USAIRWAYS ELECTRONIC TICKET CONFIRMATION NBR IS
                BXPYWB
                THE CURRENT AVAILABLE PUBLISHED AIRFARE IS 1123.50
                YOUR USAIRWAYS TICKETED FARE IS 840.12
                DUE TO THE GLAXOSMITHKLINE TRAVEL PROGRAM YOU SAVED 283.
                38
                TO VIEW YOUR ITINERARY ON LINE GO TO WWW.VIEWTRIP.COM
                PLEASE ENTER YOUR LAST NAME AND RESERVATION NBR KPH84M
                FOR UP TO DATE TRAVEL INFORMATION ON AIRLINE
                CHECK-IN/RESTRICTIONS/LIMITATIONS/SECURITY.
                PLEASE CHECK WWW.USAIR.COM
                THE US AIRWAYS RECORD LOCATOR IS BXPYWB
```

**BUSINESS TRAVEL INTERNATIONAL**

SANSERVINO/SHARI

```
SHARI SANSERVINO 215 ▓▓▓▓▓▓▓
200 N 16TH STREET
PHILADELPHIA PA 19102
DLVR-11JUL ET 3F0S00


       JUL 10 2003        92049    MF9D8Q

15 JUL 03 - TUESDAY
  US AIRWAYS    4275 COACH CLASS     EQUIP-CANADAIR JET
  DEPART TERMINAL- F
  LV: PHILADELPHIA       1020A    NONSTOP        MILES- 507   CONFIRMED
  AR: CINCINNATI         1211P    ELAPSED TIME- 1:51
  ARRIVAL TERMINAL-1
                                   SEAT- 1A
  OPERATED BY-US AIRWAYS EXPRESS MESA AIRLINES

16 JUL 03 - WEDNESDAY
  US AIRWAYS    4363 COACH CLASS     EQUIP-CANADAIR JET
  DEPART TERMINAL- 1
  LV: CINCINNATI          715P    NONSTOP        MILES- 507   CONFIRMED
  AR: PHILADELPHIA        900P    ELAPSED TIME- 1:45
  ARRIVAL TERMINAL-F
                                   SEAT- 6F
  OPERATED BY-US AIRWAYS EXPRESS MESA AIRLINES

12 NOV 03 - WEDNESDAY
  TOUR      CINCINNATI
  THANK YOU FOR CALLING BTI


FOR ASSISTANCE PLEASE CALL THE TRAVEL OFFICE
AT 919-474-2900 OR TOLL FREE 800-475-8785
FOR EMERGENCY AFTER HOURS ASSISTANCE PLEASE CALL
800-973-7250.--FROM OUTSIDE THE UNITED STATES PLEASE
CALL COLLECT 770-486-2783 AND USE VIT CODE * 102F *
NO FARE IS GUARANTEED UNTIL TICKET HAS BEEN ISSUED
YOUR USAIRWAYS ELECTRONIC TICKET CONFIRMATION NBR IS HPWDGY
THE CURRENT AVAILABLE PUBLISHED AIRFARE IS 1123.50
YOUR USAIRWAYS TICKETED FARE IS 840.12
DUE TO THE GLAXOSMITHKLINE TRAVEL P̷̸̢̢ SAVED 283.38
TO VIEW YOUR ITINERARY ON LINE GO TO WWW.GETTHERE.COM
PLEASE ENTER YOUR LAST NAME AND RECORD LOCATOR MF9D8Q
FOR UP TO DATE TRAVEL INFORMATION
CHECK-IN/RESTRICTIONS/LIMITATIONS
PLEASE CHECK WWW.USAIR.COM
THE US AIRWAYS RECORD LOCATOR IS HPWDGY

TICKET NUMBER/S:
SANSERVINO/SHARI
                         ▓▓▓▓0394  AX CARD      840.12
                         ELECTRONIC
```

**BUSINESS TRAVEL INTERNATIONAL**

PLEASE NOTE: Any itinerary change may result in a price difference. Some airline tickets have a cash value. If unused, please return promptly for refund or credit if due. If your hotel reservations are guaranteed for late arrival and you change your plans or cancel the trip, please notify us or the hotel immediately to avoid payment. Be sure you get a cancellation number.



BUSINESS TRAVEL INTERNATIONAL

SANSERVINO/SHARI

```
SHARI SANSERVINO 215
200 N 16TH STREET
PHILADELPHIA PA 19102
DLVR-11JUL ET 3F0300


    JUL 10 2003          92049      MF9D8Q
                                    SUB TOTAL              840.12
                                    CREDIT CARD PAYMENT    840.12-
                                    AMOUNT DUE               0.00
```



BUSINESS TRAVEL
INTERNATIONAL

PLEASE NOTE: Any itinerary change may result in a price difference. Some airline tickets have a cash value. If unused, please return promptly for refund or credit if due. If your hotel reservations are guaranteed for late arrival and you change your plans or cancel the trip, please notify us or the hotel immediately to avoid payment. Be sure you get a cancellation number!


**BUSINESS TRAVEL INTERNATIONAL**

```
                                    SANSERVINO/SHARI


SHARI SANSERVINO 215
200 N 16TH STREET
PHILADELPHIA PA 19102
DLVR-17JUL ET 3F0300


       JUL 16 2003           92281      MF9DSQ

16 JUL 03 - WEDNESDAY
 US AIRWAYS    4919 COACH CLASS    EQUIP-ERJ
 DEPART TERMINAL- 1
 LV: CINCINNATI          350P       NONSTOP         MILES-  507   CONFIRMED
 AR: PHILADELPHIA        524P       ELAPSED TIME- 1:34
 ARRIVAL TERMINAL-F
 OPERATED BY-US AIRWAYS EXPRESS CHAUTAUQUA AIRLINES

 2 NOV 03 - WEDNESDAY
 TOUR    CINCINNATI
 THANK YOU FOR CALLING BTI



OR ASSISTANCE PLEASE CALL THE TRAVEL OFFICE
T 919-474-2700 OR TOLL FREE 800-475-8765
OR EMERGENCY AFTER HOURS ASSISTANCE PLEASE CALL
00-973-7250.  FROM OUTSIDE THE UNITED STATES PLEASE
ALL COLLECT 770-466-2763 AND USE VIT CODE * 102F *
O FARE IS GUARANTEED UNTIL TICKET HAS BEEN ISSUED
OUR USAIRWAYS ELECTRONIC TICKET CONFIRMATION NBR IS HPWDGY
O VIEW YOUR ITINERARY ON LINE GO TO WWW.VIEWTRIP.COM
LEASE ENTER YOUR LAST NAME AND RESERVATION NBR MF9DSQ
OR UP TO DATE TRAVEL INFORMATION ON AIRLINE
HECK-IN/RESTRICTIONS/LIMITATIONS/SECURITY.
EASE CHECK WWW.USAIR.COM
RE US AIRWAYS RECORD LOCATOR IS HPWDGY
UR USAIRWAYS ELECTRONIC TICKET CONFIRMATION NBR IS HPWDGY
---------------TICKET EXCHANGE INFORMATION---------------
RIGINAL TICKET NUMBER:       0377567080394
RTIAL TICKET VALUE:          $419.31
EW TICKET VALUE:             $45
ITAL ADD COLLECT:            $3

CKET NUMBER/S:
NSERVINO/SHARI
                                                   AX CARD      456.30

HANGED FOR TICKET NUMBER/S
```



```
                                                   AX CARD      419.31
           AMOUNT    418.88    TAX    37.42  TTL               456.30
                                       SUB TOTAL                36.99
                                       CREDIT CARD PAYMENT      36.99-
                                       AMOUNT DUE                0.00
```

SE NOTE: Any itinerary change may result in a price difference. Some airline tickets have a cash value. If unused, please return promptly for refund or credit if due. If your hotel reservations uaranteed for late arrival and you change your plans or cancel the trip, please notify us or the hotel immediately to avoid payment. Be sure you get a cancellation number.




4042       5909850

04/03  07/31/04
SHARI L SANSERVINO
03

)20&
CINCY TAXI INC
CRITTENEN, KY

PURCHASER SIGN HERE
X *Shari L Sanservino*
Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | Taxi Fare | | 26 00 |
| | | | | |

DATE 7-16-03   AUTHORIZATION
REFERENCE NO.   REG./DEPT.
FOLIO/CHECK NO.   SERVER   CLERK

SUB TOTAL  26 00
TAX
TIPS/MISC.  6 00
TOTAL  32 00

SALES SLIP

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY