IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA K. PAYNE, | Cause No. C-1-01-111 |
| Plaintiff, | Judge Herman J. Weber |
| vs. | |
| GLAXOSMITHKLINE, | |
| Defendant. | |
| | **STIPULATION GRANTING PLAINTIFF EXTENSION OF TIME TO FILE MOTION TO RE-TAX COSTS** |

    It is stipulated between the parties within time that Plaintiff may have until May 7th 2004 to file a Motion to Re-Tax Costs in the within cause.

_/s/ F. Bruce Abel____
F. Bruce Abel
Trial Attorney for Plaintiff
885 Greenville Avenue
Cincinnati, OH 45246
513 772 1045
babael2@fuse.net

_/s/ Mark J. Stepaniak, per FBA_
Mark J. Stepaniak
Taft, Stettinius & Hollister
1800 Firstar Tower
425 Walnut Street
Cincinnati, Ohio 45202-3957
513 381 2838
Stepaniak@taftlaw.com

_/s/ Joseph E. Guffey, per FBA_
Joseph E. Guffey
Husch & Eppenberger
190 Carondelet Plaza, Suite 600

1

St. Louis, Missouri 63105-3441
Ph: (314) 480 1500
Counsel for Defendant
Joe.Guffey@husch.com

              _____s/Herman J. Weber____
              Senior Judge Herman J. Weber

Dated: 4/22/04