

```
04 APR 29 PM 3:29
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAYNE                                              CIVIL. ACTION: C-1-01-111

v

GLAXOSMITHKLINE                                    JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of Trial Exhibits and Depositions submitted by the defendant in the above styled case.

April 29, 2004
Date

Defense atty /paralegal