Direct dial: 314.480.1940
e-mail: cynthia.foster@husch.com

June 26, 2003

**VIA FEDERAL EXPRESS**

F. Bruce Abel, Esq.
885 Greenville Avenue
Cincinnati, OH 45246

    Re:    *Cynthia K. Payne v. GlaxoSmithKline*, Cause No. C-1-01-111.

Dear Mr. Abel:

    Please find enclosed the exhibits that were previously joint trial exhibits, but now will just be Plaintiff's trial exhibits. The Court requires submission of the original plus one copy of each exhibit. I have enclosed originals of all of the exhibits, and an additional copy set of everything except the binders, so the copy set of the binders for the Court still needs to be made. In addition, if you wish to have a set for yourself, those will need to be made as well. Please note also that both the originals and the copies still bear a redacted Joint Exhibit sticker, so new Plaintiff's Exhibit stickers will need to be placed over the old stickers.

    As always, you are welcome to contact me should you have any questions about the enclosed.

                                Very truly yours,

                                HUSCH AND EPPENBERGER, LLC


                                By:    /s/ Cynthia J. Foster
                                      Cynthia J. Foster
                                      Legal Assistant

CJF/cf

Enclosures

cc:    Joe Guffey (w/out encl.)

F:\ST_LOUIS\FOSTERC\LTR\1442753.01