FILED
JAMES BONINI
CLERK

04 MAY 14 PM 2:32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAYNE,

VS.                                  CIVIL. ACTION: C-1-01-111

GLAXOSMITHKLINE                      JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the Trial Exhibits and Depositions submitted by the plaintiff in the above styled case.

5/14/04
Date

Plaintiffs atty  /s/ Bruce Abel